UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Centino Holdings Inc,

       Plaintiff,

   v.

Tether Holdings Limited, Tether Operations
Limited, Tether Limited, and Tether
International Limited

       Defendants.

**CLERK' S CERTIFICATE OF
MAILING**

Case No.: 25-cv-10084-MKV

I hereby certify under the penalties of perjury that on the 11th day of December 2025, I

served one copy of the Summons directed to defendant Tether Limited, c/o Proxy Secretarial

Services Limited, Room 803, K. Wah Centre 191 Java Road, North Point Hong Kong, the

Summons (ECF No. 6) and Complaint (ECF No. 1), pursuant to the provisions of FRCP

4(f)(2)(C)(ii), by Federal Express # 8166 6369 5579.


Dated:  New York, New York
       December 11, 2025

                          TAMMI M. HELLWIG
                          CLERK OF COURT

                          /s/Rachel Slusher
                          Deputy Clerk