UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Centino Holdings Inc,

        Plaintiff,

v.

Tether Holdings Limited, Tether Operations Limited, Tether Limited, and Tether International Limited

        Defendants.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 25-cv-10084-MKV

I hereby certify under the penalties of perjury that on the 11th day of December 2025, I served one copy of the Summons directed to defendant Tether International Limited, c/o SHRM Trustees (BVI) Ltd., Trinity Chambers, P.O Box 4301, Road Town, Tortola, British Virgin Islands VG1110 the Summons (ECF No. 6) and Complaint (ECF No. 1), pursuant to the provisions of FRCP 4(f)(2)(C)(ii), by Federal Express # 8166 6369 5580.

Dated: New York, New York
       December 11, 2025

                                                  TAMMI M. HELLWIG
                                                  CLERK OF COURT

                                                  /s/Rachel Slusher
                                                  Deputy Clerk