UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

CENTINO HOLDINGS INC.,

              Plaintiff,

      v.

TETHER HOLDINGS LIMITED, TETHER
OPERATIONS LIMITED, TETHER
LIMITED, and TETHER
INTERNATIONAL LIMITED,

           Defendants.

------------------------------------------------------ X

No. 1:25-cv-10084 (MKV)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/30/2025

## JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff Centino Holdings Inc. and Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, and Tether International Limited ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint in this Court on December 4, 2025 (ECF No. 1);

WHEREAS, Plaintiff attempted service on Defendants, Hong Kong and British Virgin Islands entities, by Federal Express (ECF Nos. 7-10);

WHEREAS, while Defendants dispute that each of the Defendant entities has been validly served, Defendants agree to accept service of the Complaint;

WHEREAS, Defendants are conducting an investigation of the allegations in the Complaint, which concern law enforcement activities in the Philippines, and require additional time to respond, particularly in light of the holidays; and

WHEREAS, this is the first request for an extension of Defendants' deadline to respond to the Complaint.

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the parties and their respective counsel that:

1.  Defendants accept service of the Complaint.

2.  Defendants' deadline to respond to the Complaint is extended to February 4, 2026.

3.  Plaintiff and Defendants otherwise reserve all rights, arguments, claims, and defenses, including but not limited to Defendants' jurisdictional defenses.

Dated: December 30, 2025

KEVIN KERVENG TUNG, P.C.

By: _____

Kevin Kerveng Tung
Ge Li
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
Telephone: 718.939.4633
ktung@kktlawfirm.com
gli@kktlawfirm.com

*Attorneys for Plaintiff*

GIBSON, DUNN & CRUTCHER LLP

By: _____

Daniel M. Ketani
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
dketani@gibsondunn.com

*Attorneys for Defendants*

Dated: ___December 30, 2025___
       New York, New York

_____

THE HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE