UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
CENTINO HOLDINGS INC,  :
 :
       Plaintiff,  :   Case No. 25-cv-10084
 :
  - against -  :
 :
TETHER HOLDINGS LIMITED, TETHER  :
OPERATIONS LIMITED, TETHER LIMITED, and
TETHER INTERNATIONAL LIMITED,  :
       Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff Centino Holdings Inc, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses all claims in this action without prejudice.

| | |
|---|---|
| Dated: Queens, New York | KEVIN KERVENG TUNG, P.C. |
|    1/22  , 2026 | _____ |
| | Kevin K. Tung |
| | Ge Li |
| | Queens Crossing Business Center |
| | 136-20 38th Avenue, Suite 3D |
| | Flushing, New York 11354 |
| | (718) 939-4633 |
| | |
| | *Attorneys for Plaintiff* |